UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **5:25-cv-00225-FLA-MAA**                          Date:  **January 16, 2026**

Title    **Gabriel Hernandez v. C. Roe, et al.**

Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**          **Order to Show Cause Why This Case Should Not Be Dismissed**

On May 29, 2025, the Court denied Plaintiff Gabriel Hernandez ("Plaintiff") Request to Proceed *In Forma Pauperis*.  ("Order," ECF No. 4.)  The Order granted Plaintiff leave to file an amended request to proceed *in forma pauperis* within 30 days, or the case would be dismissed.  (*Id*.)  To date, Plaintiff has neither submitted the filing fee nor an amended request to proceed *in forma pauperis*.

Plaintiff is **ORDERED TO SHOW CAUSE** by **February 15, 2026** why the Court should not recommend that the case be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b).  If Plaintiff submits the filing fee or an application to proceed *in forma pauperis* on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to pay the filing fee or submit an application to proceed *in forma pauperis* pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachment

Request to Proceed In Forma Pauperis with Declaration in Support (CV-60P)